November 3, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE MATTER OF R.A.M.

NO. 14-15-00577-CV

_____

This cause, an appeal from the order waiving juvenile jurisdiction and transferring appellant to criminal court, signed July 8, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the order. The order is **AFFIRMED**.

We further order this decision certified below for observance.